# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GERARDO CRUZ-SANCHEZ, by and through his successor-in-interest Paula Garcia Rivera; and PAULA GARCIA RIVERA, individually and in her capacity as successor-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; CORECIVIC, INC. formerly known as Corrections Corporation of America (CCA); C.O. LANDIN, in his individual capacity; and DOES 1-30, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-00569-BEN-NLS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 7]** |

The United States filed a motion to dismiss the Amended Complaint. (ECF No. 7). Subsequently, this Court granted Plaintiffs leave to file their Second Amended Complaint (ECF No. 40), and Plaintiffs so filed the Second Amended Complaint (ECF No. 41).

The filing of a second amended complaint supersedes the amended complaint and renders it a nullity. Therefore, a motion to dismiss targeted at the amended complaint, which is no longer in effect, is moot. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d

1002, 1008 (9th Cir. 2015).  Accordingly, the United States' motion is **DENIED as moot**.  (ECF No. 7).

**IT IS SO ORDERED.**

Dated:  October 10, 2017

_____
Hon. Roger T. Benitez
United States District Judge