# Plaintiffs' Exhibit Nos. 22-23

| Exhibits | Description | Page Numbers |
|---|---|---|
| 22. | Excerpts from Cruz-Sanchez Scripps medical records | USA-D-001102-1103 |
| 23. | SD Medical Examiner Records for Cruz-Sanchez | P060-P068 |

# EXHIBIT 22

SCRIPPS MERCY HOSPITAL CHULA VISTA

DISCHARGE SUMMARY

PATIENT: CRUZ-SANCHEZ, GERARDO
MR# 701771519 ACCT: 102486683
ADMIT DATE: 02/26/2016 DISCHARGE DATE: 02/29/2016

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

CONSULTING PHYSICIANS:
1. John Frederick Perri, DO for Pulmonology/Critical Care.
2. Luis A Bedoya, MD for Nephrology.

HISTORY OF PRESENT ILLNESS:
Briefly, Mr. Cruz-Sanchez is a 52-year-old male, who was residing at the Otay Mesa Federal Penitentiary brought into the ER by immigration services and police secondary to complaints of cough, shortness of breath, and generalized malaise for the past 2 weeks. According to documentation, the patient was a prisoner with immigration customs enforcement. When I took over the care of the patient, he was intubated and unable to provide much history. Please refer to admission H and P by hospitalist and intensivist consult note for details regarding the patient's HPI as well as admission diagnosis.

DEATH DIAGNOSES:
1. Asystolic cardiac arrest secondary to metabolic acidosis.
2. Multifocal pneumonia with acute respiratory distress syndrome.
3. Hypoxic respiratory failure secondary to multifocal pneumonia and acute respiratory distress syndrome.
4. Acute kidney injury secondary to acute tubular necrosis.
5. Hyperkalemia secondary to acute kidney injury.
6. Pneumomediastinum and subcutaneous emphysema.

HOSPITAL COURSE:
Mr. Cruz Sanchez was initially admitted through the emergency department in the ICU. He was seen immediately by intensivist Dr. Perri. He presented with hypoxic respiratory failure. He had a trial of BiPAP, but due to his worsening hypoxia the patient was intubated for airway protection. He had initial imaging done that showed a pneumomediastinum and subcutaneous air. The patient developed ARDS requiring high FiO2 and PEEP. He was also started empirically on IV antibiotics with Rocephin and azithromycin for presumed community-acquired pneumonia. He was also ruled out for influenza with a flu PCR that came back negative. Of note, the patient had self-extubated himself on February 28, 2016, despite having a RASS score of -3. Dr. Perri responded immediately and re-intubated the patient. The patient sunsequently developed acute renal failure . His creatinine had bumped up from 1.07 earlier in the day on February 28 to 2.57 after he suffered a cardiac arrest. A code blue was called initially at about 2215 on February 28, 2016. The patient was noted to become bradycardic with his heart rates in the 20s and 30s. He was severely acidotic with hyperkalemia. Vas- Cath was placed by Dr. Perri and Dr. Bedoya was also consulted and saw the patient as well emergently. The patient had about 6 more subsequent code blues associated with bradycardia and asystole. At approximately 3:25 a.m. the patient went into asystole and was unable to obtain return of spontaneous circulation. Dr. Bedoya as well as Dr. Perri and night hospitalist on-call, were all notified

of the patient's expiration. Call was also made to Lifesharing at that time as well as Coroner's office.

Time of death: February 29, 2016, at 3:25 a.m.

DICTATED BY: AMANDA R DEFOUR, MD

ARD:MODL C: CONFIRMATION #: 1583546
D: 02/29/2016 14:35:35 T: 02/29/2016 15:25:24 DOCUMENT: 689983390
Authenticated and Edited by Amanda R. De Four, M.D. On 3/01/16 12:18:30 PM

CONFIDENTIAL- SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 23

GLENN N. WAGNER, D.O.
CHIEF MEDICAL EXAMINER

# County of San Diego

## OFFICE OF THE MEDICAL EXAMINER

5570 OVERLAND AVE., SUITE 101, SAN DIEGO, CALIFORNIA 92123-1206
TEL: (858) 694-2895 FAX: (858) 495-5956

RECEIVED APR 25 2016 By C.1287

## INVESTIGATIVE REPORT

4/20/2016

**CALL INFO**

| NAME OF DECEASED (LAST, FIRST MIDDLE) | AKA | HIO | CASE NUMBER |
|---|---|---|---|
| **CRUZ-SANCHEZ, Gerardo** | | ☐ | **16-00545** |

| INVESTIGATOR | REPORTED BY | REPORTING AGENCY | PREVIOUS WAIVE # |
|---|---|---|---|
| Mark R. Malamatos | Jovita, RN | Scripps Mercy Hospital Chula Vista | |

| CALL DATE AND TIME | ARRIVAL DATE AND TIME | RETURN DATE AND TIME |
|---|---|---|
| 02/29/2016 0719 | 02/29/2016 0804 | 02/29/2016 1105 |

**DECEDENT**

| DATE AND TIME OF DEATH | DATE OF BIRTH | AGE | GENDER | RACE |
|---|---|---|---|---|
| **02/29/2016 0321** | 02/18/1964 | 52 Years | Male | Hispanic Mexican |

| RESIDENCE (STREET, CITY, STATE, ZIP) | COUNTY | LAST SEEN ALIVE |
|---|---|---|
| 4392 Agua Salada Street Agua Salada Jungapeo, Mx, | | |

| | COUNTRY OF RESIDENCE | OCCUPATION | PAID AUTOPSY |
|---|---|---|---|
| | MX | Unknown | ☐ |

**DEATH**

| LOCATION OF DEATH | TYPE OF PLACE |
|---|---|
| Scripps Mercy Hospital Chula Vista | In Patient |

ADDRESS (STREET, CITY, STATE, ZIP)
435 H Street Chula Vista, CA 91910

SUMMARY

The decedent was a married 52 year-old Hispanic male who was an inmate at the Corrections Corporation of America prison in San Diego. On 02/26/2016, the decedent had shortness of breath. Prison officials called 9-1-1 and responding paramedics transported the decedent to an area hospital emergency room. He was diagnosed with pneumonia, diabetes and hypokalemia. He was admitted to the intensive care unit in guarded condition. On 02/29/2016, the decedent went into cardiopulmonary arrest and advanced cardiac lifesaving efforts were initiated. Despite efforts, the decedent failed to respond and his death was pronounced.

Medical Examiner's jurisdiction invoked according to the California Government Code 27491: Deaths in prison or while under sentence.

**INCIDENT**

| LOCATION OF INCIDENT | INCIDENT PLACE TYPE | AT WORK | AT RESIDENCE |
|---|---|---|---|
| Corrections Corporation of America | | ☐ | ☐ |

| ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY |
|---|---|
| 446 Alta Road San Diego, CA 92179 | San Diego |

| DATE AND TIME OF INCIDENT | INVESTIGATING AGENCY | OFFICER | BADGE # | REPORT # |
|---|---|---|---|---|
| 02/--/2016 Unk | | | | |

| DECEDENT WAS | BELTED | HELMETED | POSITION | ON PRIVATE PROPERTY |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | | ☐ Yes ☐ No |

| VEHICLE | LICENSE NUMBER | STATE |
|---|---|---|
| | | |

**NOTIFICATION**

| IDENTIFIED BY | METHOD | DATE AND TIME |
|---|---|---|
| Officer Bradley Hamilton | Visual | 02/29/2016 0820 |

| FUNERAL HOME | PROPERTY | PUBLIC ADMINISTRATOR | TYPE OF EXAM |
|---|---|---|---|
| Berry Bell & Hall Mortuary | ☐ Yes ☑ No | ☐ Yes ☑ No | External |

| NAME OF NOK OR OTHER | RELATIONSHIP | | DATE NOTIFIED | NOTIFIED BY |
|---|---|---|---|---|
| Paula Garcia Rivera | Wife | | 3/1/2016 10:00:00 AM | Other |

**San Diego Medical Examiner**
**5570 Overland Avenue, Suite#101**
**San Diego, CA 92123-1206**
**(858) 694-2895**

| | |
|---|---|
| **Case Number** | : 16-00545 |
| **Investigator** | : Mark R. Malamatos |
| **Date of Death** | : 02/29/2016 |
| **Date Today** | : 04/20/2016 |

## INVESTIGATIVE NARRATIVE

**Decedent:** Gerardo Cruz-Sanchez

**Antemortem Events:**
The following information was obtained from the Scripps Mercy Hospital Chula Vista medical records. The decedent was a married 52-year-old Hispanic male and an inmate at the Corrections Corporation of America prison, which was located at 446 Alta Road in San Diego, while awaiting his sentencing hearing. On 02/26/2016, the decedent had shortness of breath that had progressed over a fifteen-day period. Prison officials telephoned 9-1-1 and responding paramedics transported the decedent to the emergency room. At the emergency room, the medical staff intubated him and placed him on mechanical ventilation. His examination and laboratory test results showed him with diagnoses of pneumomediastinum with extensive subcutaneous emphysema, hypoxemia, acute kidney injury, healthcare associated pneumonia, new onset of diabetes and hypokalemia. They admitted him into the intensive care unit with full code status. Throughout his hospital course, he remained on ventilator support and underwent kidney dialysis. During the early morning hours of 02/29/2016, the decedent went into cardiopulmonary arrest. The medical staff initiated advanced cardiac lifesaving measures. Despite efforts, the decedent failed to respond. Mark Handy, MD pronounced the decedent's death at 0321 hours.

**Past Medical, Surgical, and Social History:**
The medical records further showed that prior to his admission, the decedent did not have a medical history.

**Scene Description:**
The scene address was Scripps Mercy Hospital Chula Vista, which was located at 435 H Street in Chula Vista. There was no description of the scene address as this was a hospital scene investigation.

**Body Description:**
On 02/29/2016 at 0820 hours, I viewed the decedent lying supine on his hospital bed and completely covered with a white sheet in room 1 of the intensive care unit. He was clad in a green hospital gown. Medical intervention paraphernalia about his body included an endotracheal tube, monitor/defibrillation pads, intravenous lines, a blood pressure cuff and a Foley catheter. He was cool to my touch. Marked rigor mortis was present to his jaw. Moderate to marked rigor mortis was present to his neck, arms and legs. Blanching lividity was to the posterior aspect of his body. The scleras of his eyes were free of redness and petechial hemorrhages. There was no crepitus to his head or chest. White washcloths were wrapped around his ankles. Ankle cuffs were secured over the washcloths, and an ankle cuff secured them to the bed. I did not note any visible trauma or unusual marks on the decedent's body.

I wrapped a yellow identification band around the decedent's right ankle. An investigators memo and blue seal number 4141769 was left with the decedent for the 92M Transportation Service.

**Special Requests:**
None.

**Identification:**
Officer Bradley Hamilton of Starside Security Services, a contracted service for the United States Marshals Service, visually identified the decedent as Gerardo Cruz-Sanchez.

**Antemortem Specimens:**
Six antemortem specimens were obtained from the hospital laboratory.

**Public Administrator:**
No referral needed.

**Other Important Factors:**
None.

**Signed:** ______________________ 04/14/2016
**Mark R. Malamatos**
**Medical Examiner Investigator**

**Approved by:** ______________________

# CAUSE OF DEATH WORKSHEET

**San Diego County Medical Examiner Department**

San Diego County Medical Examiner
16-00545
Dr. R. Stabley
3/1/2016
Cruz-Sanchez, Gerardo

☐ Autopsy
☒ External
☒ Not Dictated
☐ Body not coming to office
☐ Fetal death
☐ Possible SIDS
☐ Family Paid

**CAUSE OF DEATH:** ( ___ **PENDING)**

| | Time interval |
|---|---|
| Respiratory failure | unk |
| Due To: Sepsis | unk |
| Due To: ~~Bilateria~~ Bilateral pneumonia | unk |
| Due To: | |

**CONTRIBUTING:** ____________________

**MANNER:** ( ) **Pending** (X) Natural ( ) Accident ( ) Suicide ( ) Homicide ( ) Undetermined
**Use reverse side for manner type in non-pending cases

**HOW OCCURRED:** ____________________

**DATE and TIME of INJURY:** **LOCATION:**

**SURGERIES and DATES:**

**If FEMALE, pregnant within the last year?** ( ) Yes ( ) No ( ) Unknown

[signature] 3/1/16

**Deputy Medical Examiner/Fellow/Resident** **Supervising Pathologist** **Date**

Rev. 06/15

# Manner Types and SubTypes

(check one)

## NATURAL

- ☐ AIDS Related
- ☐ Alcohol Related
- ☐ Anaphylactic Reaction
- ☐ Autoimmune/Systemic
- ☐ Cancer
- ☐ Cardiovascular
- ☐ Central Nervous System
- ☐ Chronic Drug Abuse
- ☐ Diabetes Related
- ☐ Endocrine
- ☐ Family Paid
- ☐ Gastrointestinal
- ☐ Hematologic
- ☐ Infant/Perinatal (not SIDS)
- ☐ Infectious
  - ☐ Viral
  - ☐ Bacterial
  - ☐ Other
- ☐ Intrauterine/Stillborn
- ☐ Liver disease
- ☐ Obesity Related
- ☐ Other
- ☐ Pregnancy Related
- ☐ Psychiatric Related
- ☒ Pulmonary
- ☐ Renal
- ☐ Seizures
- ☐ SIDS
- ☐ Undetermined

## ACCIDENT

- ☐ Aircraft
- ☐ Alcohol Related
- ☐ Anaphylactic Reaction
- ☐ Animal Related
- ☐ Asphyxia
  - ☐ Airway Obstruction
  - ☐ Autoerotic
  - ☐ Other
  - ☐ Positional
  - ☐ Strangulation
  - ☐ Suffocation
  - ☐ Traumatic
- ☐ Bicycle
- ☐ Blunt Force (other)
- ☐ Boating
- ☐ Carbon Monoxide
- ☐ Chemical/Poison
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug – Medication
  - ☐ Drug and Alcohol
  - ☐ Drug and Meds
  - ☐ Drug, meds & alcohol
  - ☐ Drugs of Abuse
  - ☐ Medication
  - ☐ Meds & Alcohol

## ACCIDENT (cont.)

- ☐ Electrocution
- ☐ Explosion
- ☐ Exposure
- ☐ Fall
  - ☐ Blunt head trauma
  - ☐ Fracture, other
  - ☐ Hip/Femur fracture
  - ☐ Multiple injuries
  - ☐ Other
  - ☐ Spinal fracture
  - ☐ Subdural hematoma
- ☐ Fire
- ☐ Firearm
- ☐ Hanging
- ☐ Industrial
- ☐ Ingested Foreign Object(s)
- ☐ Inhalation
- ☐ Medical/Therapeutic
- ☐ Motor Vehicle
  - ☐ Auto Rollover (solo)
  - ☐ Auto vs Auto
  - ☐ Auto vs Bicycle
  - ☐ Auto vs Fixed Object
  - ☐ Auto vs Motorcycle
  - ☐ Auto vs Pedestrian
  - ☐ Hit and Run
  - ☐ Motorcycle
  - ☐ Off Road
  - ☐ Other
  - ☐ Unknown
- ☐ Other
- ☐ Restraint Related
- ☐ Scalding
- ☐ Scuba - Diving
- ☐ Spear gun
- ☐ Train
- ☐ Undetermined

## SUICIDE

- ☐ Alcohol Related
- ☐ Asphyxia
  - ☐ Strangulation
  - ☐ Suffocation
  - ☐ Other
- ☐ Blunt Force (other)
- ☐ Carbon Monoxide
- ☐ Chemical/Poison
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug – Medication
  - ☐ Drug & Alcohol
  - ☐ Drug and Meds
  - ☐ Drug, meds & alcohol
  - ☐ Drugs of Abuse
  - ☐ Medication
  - ☐ Meds & Alcohol
- ☐ Electrocution

## SUICIDE (cont.)

- ☐ Explosion
- ☐ Fire
- ☐ Firearm
- ☐ Hanging
- ☐ Inhalation
- ☐ Jumping
- ☐ Motor Vehicle
  - ☐ Auto Rollover (solo)
  - ☐ Auto vs. Fixed Object
  - ☐ Auto vs. Pedestrian
  - ☐ Motorcycle
- ☐ Train
- ☐ Undetermined

## HOMICIDE

- ☐ Alcohol Related
- ☐ Asphyxia
  - ☐ Other
  - ☐ Positional
  - ☐ Strangulation
  - ☐ Suffocation
- ☐ Assault
- ☐ Blunt Force
- ☐ Chemical/Poison
- ☐ Child Abuse
- ☐ Cutting/Stabbing
- ☐ Drowning
- ☐ Drug - Medication
- ☐ Elder Abuse
- ☐ Exposure
- ☐ Fire
- ☐ Firearm
- ☐ Homicidal Violence, NOS
- ☐ Intrauterine/Stillborn
- ☐ Motor Vehicle
- ☐ Other
- ☐ Restraint Related
- ☐ Undetermined

## UNDETERMINED

- ☐ Alcohol Related
- ☐ Blunt Force
- ☐ Decomposed
- ☐ Drowning
- ☐ Drug - Medication
- ☐ Fire related
- ☐ Firearm
- ☐ Infant/Perinatal (not SIDS)
- ☐ Intrauterine/Stillborn
- ☐ Other
- ☐ Skeletal Remains
- ☐ Undetermined

Rev. 06/15

San Diego County Medical Examiner

**County of San Diego**
OFFICE OF THE MEDICAL EXAMINER

16-00545 Dr. R. Stabley 3/1/2016
Cruz-Sanchez, Gerardo

# EXTERNAL EXAMINATION REPORT

**AGE:** 52 yrs **SEX:** Male **HEIGHT:** 62.5 in. **WEIGHT:** 173 lbs. **Date & Time of EXAM:** 0945

**ETHNICITY:** ___Caucasian ✓ Hispanic ___Black ___Asian ___Filipino ___Native American ___Other:

**CLOTHING:** (✓ None/ ___Not examined) **IDENTIFICATION:** ✓ M.E. ankle band checked

IV

IV

IV

San Diego County Medical Examiner
16-00545
Dr. R. Stabley
3/1/2016
Cruz-Sanchez, Gerardo

# County of San Diego
OFFICE OF THE MEDICAL EXAMINER

## EXTERNAL EXAMINATION

not Dictated

**BRIEF HISTORY:** 52 yo ♂ inmate @ CCA in SD. Had progressive SOB over 15 day period. On 2/26 taken to local ER and intubated for resp. ft. Dx'd TCB pneumonia and sepsis. Died 2/29. By report, no signif. med. hx up until this admission.

No Family requests no autopsy

**EXTERNAL DESCRIPTION:** (✓ See also diagram)
✓ developed ✓ nourished: obese/ thin/ cachectic
not Embalmed No Postmortem artifacts:

Rigor mortis: absent/ mild/ (moderate/ full)
Livor mortis: unfixed/ fixed, posterior/ anterior:
Min Decomposition:

**Head:** (– male pattern baldness)
Hair: (gray) brown/ (black) blond/ mix Length: 1½
Facial hair: ___ shaven; mustache/ beard: ✓
Irides: (brown) hazel/ green/ blue/ undet Pupils: Symm
Corneas: opaque/ clear/ removed/ arcus senilis Hazy
Sclerae & conjunctivae: ✓
Petechiae: yes/ (no) Nose: ✓
Ears: – pierced – creased
Mouth and lips: ✓
Upper Teeth: (intact) partial/ absent/ denture
Lower Teeth: (intact) partial/ absent/ denture

**Neck:** ✓ symmetrical

**Chest:** ✓ symmetrical
Breasts: ✓ no masses

**Abdomen:** (flat) ___ distended; (soft) firm
scars: non

**Genitalia:** ✓ male / ✓ circumcised

**Arms:**
– senile ecchymoses
Fingernails: ✓

**Legs:** – edema; – deformity
Toenails: ✓

**Back:** ✓ symmetrical
Anus: ✓

**Skin:** NOT jaundiced

**EVIDENCE OF MEDICAL THERAPY:**
___ None ✓ See Diagram
___ Endotracheal tube ___ Oral airway
___ Nasogastric tube ___ EKG pads
___ Defib pads/marks
___ Needle punctures / IV lines:

**EXTERNAL EVIDENCE OF INJURY:**
___ See Diagram ✓ No significant / None
___ As below:

**SPECIMENS TAKEN:**
✓ None ___ Urine ___ CSF
___ Vitreous ___ Blood; site:
___ OTHER:

STAT CO / alcohol:
Rapid screens: Non

**HISTOLOGY:** ✓ None / ___ cassettes

**X-RAYS:** Non

**PHOTOGRAPHS:** ✓ ID photo
___ External overall ___ Other:

**CAUSE OF DEATH:** Respiratory failure

Due to: Sepsis

Due to: Bilateral pneumonia

**CONTRIBUTING:**

**MANNER:** (Natural) /Accident /Suicide/

Biopsy performed ___

**SURGERIES:**

Date/Time of injury:
How injury occurred:

DEPUTY MEDICAL EXAMINER DATE 3/1/16

rev. 9/08