RANDY S. GROSSMAN
Acting United States Attorney
SAMUEL W. BETTWY, SBN 94918
Assistant U.S. Attorney
DAVID B. WALLACE, SBN 172193
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7125/7669

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF GERARDO CRUZ-SANCHEZ, by and through his successor-in-interest Paula Garcia Rivera, et al.<br><br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | Case No. 17cv0569 AJB NLS<br><br>UNITED STATES' PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3) AND THIS COURT'S SCHEDULING ORDER<br><br>PRE-TRIAL CONF: July 22, 2021<br>TIME: 3:00 p.m.<br><br>Hon. Anthony J. Battaglia |

Defendant the United States of America (hereinafter "Defendant" or the "United States") hereby submits its Pretrial Disclosures pursuant to Fed. R. Civ. P. 26 (a)(3) and this Court's June 14, 2019 Scheduling Order. [ECF Doc. 11.]

## I

## WITNESSES

In addition to the following, the United States incorporates any witnesses identified in all parties' disclosures and reserves the right to call such witnesses.

A. <u>WITNESSES DEFENDANT EXPECTS TO CALL TO TESTIFY</u>

| WITNESS NAME | CONTACT INFORMATION | TESTIMONY |
|---|---|---|
| Plaintiff Paula Garcia Rivera | | |
| Alejandro Chavez | | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations. |
| Jonathan Franks | | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| Daniela Leyva | | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| Correctional Officer Landin | | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| Tobe Propst, M.D. (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| William Byington, RN (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| Edith Lederman, MD (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |

| | | | |
|---|---|---|---|
| | Jorge Avalos, PA (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | Vanessa Harris, RN (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | Johanne Alix, RN (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | Juanji Wu, RN (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | Emily Ednacot, RN (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | Jennifer Moreno, LVN (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | Noe Lopez, PA (OMDC) | Contact through defense counsel. | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | Correctional Officer, Jeremey Nobleza (OMDC) | | Percipient witness who will offer testimony regarding facts related to Plaintiff's allegations |
| | CDR, Chiara Rodriguez | Contact through defense counsel. | Witness who will offer testimony regarding facts related to Plaintiff's allegations |

| Gary M. Vilke, MD | Contact through defense counsel | Defendant's retained expert witness who will offer testimony related to causation of decedent's death, and plaintiff's allegations regarding Defendant's alleged of negligent standard of care and treatment. |
|---|---|---|
| Jubin Merati | Contact through defense counsel | Defendant's expert witness who will offer testimony related to Plaintiff's alleged economic damages. |
| Capt. Philip Farabaugh, M.D. | Contact through defense counsel | Defendant's non-retained expert witness who will offer testimony related to causation of decedent's death, and plaintiff's allegations regarding Defendant's alleged of negligent standard of care and treatment. |

B. <u>WITNESSES DEFENDANTS MAY CALL TO TESTIFY IF NECESSARY</u>

Witnesses, if any needed, to authenticate documents.

C. <u>WITNESSES WHOSE TESTIMONY WILL BE PRESENTED BY DEPOSITION</u>

Subject to his availability as a witness: the deposition of Alejandro Chavez

Deposition of Plaintiff Paula Garcia Rivera

///

///

///

II

EXHIBITS

Exhibits the United States expects to offer at trial are listed in Attachment A. The United States further reserves the right to offer any exhibits identified in all parties' disclosures.

DATED: June 17, 2021        RANDY S. GROSSMAN
                            Acting United States Attorney

                            /s/ *Samuel W. Bettwy*
                            SAMUEL W. BETTWY
                            DAVID B. WALLACE
                            Assistant U.S. Attorneys

                            Attorneys for Defendant
                            United States of America

RANDY S. GROSSMAN
Acting United States Attorney
DAVID B. WALLACE, SBN 172193
Assistant U. S. Attorney
SAMUEL W. BETTWY, SBN 94918
Assistant U. S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
619-546-7669/7125 / 7751 (fax)

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF GERARDO CRUZ-SANCHEZ, by and through his successor-in-interest Paula Garcia Rivera, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 17cv569 AJB NLS<br><br>PRETRIAL DISCLOSURES<br>**ATTACHMENT A** |

In addition to, or duplicative of, exhibits set forth in the pretrial disclosures of all other parties in this case, the United States expects to offer the following exhibits or portions thereof at trial.

**EXHIBITS**

| Exhibit | Bates nos. USA-D-00- | Document description |
|---|---|---|
| | 1-455 | ICE Performance Based National Detention Standards (PBNDS) 2011 rev 2016 |
| | 456-457 | Death Certification, County of San Diego dated 03/03/2016 |
| | 458-460 | USM-129 Individual Custody/Detention Report |
| | 982-1029 | Comprehensive contract#5-C0003 dated 02/10/17 with CCA (now CoreCivic) |
| | 1065-1068 | Plaintiffs' administrative claim dated 08/24/2016 |
| | 1073-1152 | Medical records generated at CoreCivic facility |
| | 1153-1522 | Scripps Health records |
| | 1151 | IHSC Medical Consent Form |
| | 1152 | BOP Health Services Intra-system Transfer form |
| | 1536 | Radiology report re February 8, 2016 chest xray |
| | 1543 | 5/31/17 email from Daniela Leyva to LaLanya Ham |
| | 1544-1788 | Medical records from IHSC re: Cruz Sanchez |
| | 1789-1983 | Redacted copy of Gerardo Cruz-Sanchez- A File #XXXXX9728 (redacted portions are subject to third party privacy privilege) |
| | 1984-2088 | Plaintiff's Initial Disclosures and production of documents |
| | 2089-2167 | OMDC CoreCivic Detainee Handbook English and Spanish. |
| | 2168-2209 | OMDC CoreCivic Detention File re: Cruz Sanchez |
| | 2210-2277 | Criminal docket for Juan Carlos Ortega, person who smuggled Cruz-Sanchez and others |
| | 2278 | OMDC orientation video |
| | 2279-2284 | USMS-BOP MCC San Diego medical records re: Gerardo Cruz-Sanchez |
| | 2285 | USMS-BOP MCC San Diego- 02/08/16 Chest X-Ray re: Gerardo Cruz-Sanchez |
| | 2286-2294 | USMS-BOP MCC San Diego- Detention file re: Gerardo Cruz-Sanchez |
| | 2295-2310 | Sick Call Logs dated 02/11 – 2/26 (2016) –redacted for PII |

| Exhibit | Bates nos. USA-D-00- | Document description |
|---|---|---|
| | 2311-2314 | US-ICE- IHSC- LOP 8.10 – Medical Emergency Response Plan |
| | 2315-2316 | IHSC- MQMU Incident Report |
| | 2317-2500 | DHS/ICE-OMDC-Performance Based National Detention Standards (01/24/17 – 01/26/17) |
| | 2501-2682 | DHS/ICE-OMDC-Performance Based National Detention Standards (01/26/16 – 01/28/16) |
| | 2683-2685 | Annual Detention Inspection of OMDC letter dated 01/26/17 |
| | 2686-2691 | National Commission on Correctional Health Care (NCCHC) final report dated 10/01/2014 |
| | 2692-2694 | US-ICE-IHSC LOP 8-01 regarding Sick Call Process- effective May 1, 2014 |
| | 2695 | Sick Call Process posted sign at OMDC |
| | 2696-2732 | Competency reports for ICE-IHSC employees: Edith Lederman, M.D., Tobe Propst, M.D., William Byington, Jorge Avalos, Vanessa Harris, Johanne Alix, Juanji Wu, and Emily Ednacot |
| | 2733-2736 | Competency report for ICE-IHSC employee Samantha Scukanec |
| | 2737 | United States Marshals Service (USMS) Prisoner Death Report dated 03/01/2016 |
| | 2738-2739 | USMS Policy Directive 9.2-Housing Prisoner |
| | 2740-2744 | USMS Policy Directive 9.7- Review of Non-Federal Detention Facilities |
| | 2745-2746 | USMS-Prisoner Medical Request dated 03/04/16 |
| | 2747-2753 | Mortality Review dated 12/22/16- ICE-IHSC |
| | 2754-2755 | OMDC-03/01/16- Medical Summary re: Gerardo Cruz-Sanchez |
| | 2756-2782 | Redacted IHSC QI Audit- FY/2016 (Revised 03/24/16) |
| | 2783-2785 | Redacted OMDC Shift Logs from 02/14/16 to 02/26/16 |
| | 2786-2880 | OMDC JPod Housing Log |
| | 3010-3019 | E-Learning Storyboard Worksheet |

| Exhibit | Bates nos. USA-D-00- | Document description |
|---|---|---|
|  | 3020-3020 | Audio File Call Log re: Gerardo Cruz-Sanchez |
|  | 3021-3021 | OMDC Floor Plan |
|  | 3022-3022 | Operations Reports- OMDC |
|  | 3023-3023 | Officer Landin's Statement dated 03/24/17 (Incident Statement) |
|  | 3024-3024 | Inmate Information Sheet- Transportation Notes:  (02/26/16) |
|  | 3025-3031 | Policy Index |
|  | 3032-3048 | CCA Inmate Grievance Policy effective 03/14/2007 – OMDC |
|  | 3049-3168 | OMDC Medical Log Book (02/11/16- 02/26/16) |
|  | 3169-3170 | OMDC-Central Control Log (02/26/16) (CoreCivic Bates Nos: CC-CS000575-00576) |
|  | 3171-3173 | CoreCivic Production- OMDC Shift Log Activity Report (CoreCivic Bates Nos: CC-CS000577-000579) |
|  | 3174-3195 | CoreCivic Production – OMDC ESI materials (CoreCivic Bates Nos: CC-CS000580-000601) |
|  | 3196-3207 | CoreCivic Production- URI Reference |
|  | 3208-3211 | Curriculum Vitae of Tobe Propst |
|  | 3212-3403 | RN Guidelines (2008) |
|  | 3404-3413 | IHSC Directive (March 2007) re: Health Assessment |
|  | 3414-3462 | Corecivic Daily Shift Roster (02/11 to 02/26/ 2016 |
|  | 3463-3466 | Officer Landin's Work Experience |
|  | 3467-3469 | Officer Landin's Work Detail |
|  | 3470-3473 | Alejandro Chavez Audio Call List |
|  | 3475-3481 | Redacted Sick Call Response logs from ICE-IHSC for February 12, 14, 16, 17-2016 |
|  | 3482-3485 | Mortality Review Fact Finder Report prepared by CDR Chiara Rodriguez |
|  | 3486-3505 | Redacted copy of Dr. Edith Lederman's Curriculum Vitae (05/2017). (Portions redacted are subject to third party privacy privilege) |

| Exhibit | Bates nos. USA-D-00- | Document description |
|---|---|---|
| | 3506-3688 | Redacted copy of CDR Chiara Rodriguez file re: IHSC MRR investigation. (Portions redacted are subject to third party privacy privilege) |
| | 3689-3693 | IHSC Directive 0 03/2007 re: History & Physical Examination |
| | 3715-3893 | National Commission on Correctional Health Care (NCCHC) Standards re: Correctional Health Care (effective 2014) |
| | 3894-3934 | PBNDS 2011 – Medical Care Standards re: Medical Care- Purpose & Scope |
| | 3935-3941 | Redacted copy of CDR Chiara Rodriguez' Curriculum Vitae. (Portions redacted are subject to third party privacy privilege) |
| | 3942-4235 | Redacted copy of Alejandro Chavez A-File #XXXXXX010 (portions redacted are subject to third party privacy privilege) |
| | 4236-4296 | Emails and documents kept by CDR Chiara Rodriguez re: MRR IHSC investigation |
| | 4297-4402 | Replaced by 4950-5052 (Chiara Rodriguez investigation) (106 pages) |
| | 4319-4365 | IHSC-OMDC Medical records re: Alejandro Chavez |
| | 4366-4392 | Transcription and Translation of Jail Call #20 from Alejandro Chavez dated 02/26/16 |
| | 4393-4407 | Transcription and Translation of Jail Call #51 from Alejandro Chavez dated 02/18/16 |
| | 4408-4425 | Transcription and Translation of Jail Call #58 from Alejandro Chavez dated 02/17/16 |
| | 4426-4430 | Transcription and Translation of Jail Call #59 from Alejandro Chavez dated 02/17/16 |
| | 4431-4437 | Transcription and Translation of Jail Call #60 from Alejandro Chavez dated 02/17/18 |
| | 4438-4442 | Transcription and Translation of Jail Call #64 from Alejandro Chavez dated 02/16/16 |
| | 4443-4448 | Transcription and Translation of Jail Call #71 from Alejandro Chavez dated 02/15/16 |

| Exhibit | Bates nos. USA-D-00- | Document description |
|---|---|---|
| | 4449-4452 | Audio File List from CoreCivic re: calls placed by Alejandro Chavez at OMDC: 02/11/16 to 03/04/16 |
| | 4453-4827 | Medical Record re: Gerardo Cruz-Sanchez from Scripps Mercy Hospital – Chula Vista, CA. (DOT: 02/26/16 – 02/29/16) |
| | 4828-4919 | Order for Supplies or Services (07/2012) award #HSCECR-12-F-00048 between ICE and Igenesis, Inc. |
| | 4920 | OMDC-IHSC Metrics for 2016 |
| | 4921-4949 | Screen shots of OMDC-IHSC – Patient Hub captured from electronic chart re: Gerardo Cruz-Sanchez |
| | 4950-5052 | MRR IHSC Investigation – CDR. Chiara Rodriguez (103 pages) |
| | | Deposition transcript of Alejandro Chavez and exhibits thereto dated January 30, 2018, including video. |
| | | Deposition transcript of Alejandro Chavez and exhibits thereto dated February 19, 2018, including video |
| | | Deposition transcript of Jonathan Frank and exhibits thereto dated December 4, 2017 |
| | | Deposition transcript of David Landin dated October 26, 2017 and exhibits thereto |
| | | Deposition transcript of Dr. Edith Lederman dated November 29, 2017 and exhibits thereto. |
| | | Deposition transcript of Daniela Leyva dated December 11, 2017 and exhibits and video thereto. |
| | | Deposition transcript of David McGinnis |
| | | Deposition transcript of Jeniffer Moreno dated March 27, 2018 and exhibits and video thereto. |
| | | Deposition transcript of Captain Jeremy Nobleza dated November 14, 2017 and exhibits thereto |
| | | Deposition transcript of Paula Garcia dated May 23, 2018, including exhibits and video thereto. |

| Exhibit | Bates nos. USA-D-00- | Document description |
|---|---|---|
| | | Deposition transcript of Dr. Tobe Propst dated November 15, 2017, including exhibits and video thereto. |
| | | Deposition transcript of Chiara Rodriguez dated March 26, 2018, including exhibits and video thereto. |
| | | Expert report of Dr. Gary Vilke dated June 4, 2018, including exhibits thereto. |
| | | Expert report of Dr. Jubin Merati dated July 6, 2018. |
| | | All timely exchanged written discovery between the parties. |
| | | All pleadings filed through ECF docket related to case number: 17cv0569, including but not limited to docket numbers: 1, 5, 41 and 75 Pleadings in ECF |
| | | Reserved |