**ANGELA K. ZUGMAN**
California Bar No. 216374
LAW OFFICE OF ANGELA K. ZUGMAN
402 West Broadway, Suite 1130
San Diego, California 92101
Phone Number: (619) 787-5334
Fax Number: (619) 924-2201
Email: akzugman@gmail.com

**TIMOTHY A. SCOTT**
California Bar No. 215074
**NICOLAS O. JIMENEZ**
California Bar No. 295057
SINGLETON SCHREIBER
McKENZIE & SCOTT, LLP
1350 Columbia St., Suite 600
San Diego, California 92101
Phone Number: (619) 771-3473
Fax Number: (619) 652-9964
Email: tscott@ssmsjustice.com
njimenez@ssmsjustice.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Estate of Gerardo Cruz-Sanchez, by and through his successor-in-interest Paula Garcia Rivera; and Paula Garcia Rivera, individually and in her capacity as successor-in-interest,

Plaintiffs,

v.

The United States of America; CoreCivic, Inc. formerly known as Corrections Corporation of America (CCA); C.O. Landin, in his individual capacity; and Does 1-20, inclusive,

Defendants.

Case No.: 17cv569 AJB (NLS)

**PLAINTIFFS' PRETRIAL DISCLOSURES**

Pretrial Conf.: July 22, 2021
Time: 3:00 p.m.
Courtroom: 4A
Judge: Hon. Anthony J. Battaglia

Pursuant to F.R.C.P. Rule 26(a)(3) and the Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings entered on May 7, 2021 (Doc. No. 150), Plaintiffs, by and through their attorneys of record, hereby make the following disclosures. Plaintiffs reserve the right to supplement these pretrial disclosures or provide corrective information pursuant to FRCP 26(e). Plaintiffs further incorporate by reference, as if fully set forth herein, all witnesses and evidence listed in Defendants' Pretrial Disclosures:

## I. Rule 26(A)(3)(A)(i): Identification of Witnesses

A. Witnesses Plaintiffs Expect to Present (Previously Disclosed)

1. Jonathan Frank;
2. Roger Clark;
3. David Landin, Defendant;
4. Jeremy Nobleza;
5. Todd Randall Wilcox, M.D., M.B.A., F.A.C.C.P.;
6. David McGinnis;
7. Tobe Propst, M.D.;
8. Alejandro Chavez-Lopez;
9. Paula Garcia Rivera, Plaintiff;
10. Gerardo Cruz Garcia (a.k.a. "Gerardo Jr.");
11. Chiara Rodriguez, R.N.;
12. Edith Lederman, M.D.;
13. Jeniffer Moreno, R.N.;
14. Danielle Leyva;
15. David Garfinkle, Executive Vice President and Chief Financial Officer of CoreCivic, Inc. or in the alternative, a witness employed by

or related to Defendant CoreCivic who would be most competent to testify to those facts regarding CoreCivic's financial condition.[1]

B. Witnesses Plaintiffs May Call if the Need Arises (Previously Disclosed)

1. Dennis Morris, Asst. Warden at OMDC;
2. Beverly Soria, Qual. Assurance Manager/Facility Grievance Officer;
3. Jorge Avalos, P.A.;
4. William Byington, R.N.;
5. Johanne Alix, R.N.;
6. Vanessa Harris, R.N.;
7. Noe Lopez, P.A.;
8. CC B. Williams, Correctional Counselor at OMDC;
9. Capt. Deborah Schneider, Health Services Administrator, R.N.;
10. Jay Simmon, Assistant Health Administrator, R.N.;
11. Capt. Luzviminda Peredo-Berger;
12. Chief V. Sawyer, Chief Unit Management at OMDC;
13. UM D. Gillespie, Unit Manager at OMDC;
14. T. Castrejon, Health Services DO at OMDC;
15. Martha Torres Honorato;
16. Emily Ednacot, R.N.;

---

[1] Pursuant to Cal. Civ. Code § 3295(a)(c), "the plaintiff may subpoena documents or witnesses to be available at the trial for the purpose of establishing the profits or financial condition referred to in subdivision (a) and the defendant may be required to identify documents in the defendant's possession which are relevant and admissible for that purpose and the witnesses employed by or related to the defendant who would be most competent to testify to those facts."

17. Behnush B. Mortimer, PH.D., CRC, CVE;
18. John Frederick Perri, D.O.;
19. Yuri Reznik, M.D.;
20. Luis A. Bedoya, M.D.;
21. Roberto Medero, M.D.;
22. Mark Handy, M.D.;
23. Peter Jost, M.D.;
24. Amanda R. Defour, M.D.;
25. Brian J. Shore, M.D.;
26. Wayne Philip Bergman, M.D.;
27. George Evans Wesbey, M.D.;
28. Harold G. Pimenta, M.D.;
29. Kevin Mikio Ishioka, M.D.;
30. Mark R. Malamatos, ME Investigator;
31. Dr. Glenn N. Wagner, Chief ME;
32. R. Rivera, Facility Investigator.

## II. Rule 26(A)(3)(A)(ii): Deposition Designations

Plaintiffs reserve the right to designate the relevant deposition testimony of any witnesses listed herein or in Defendants' Pretrial Disclosures pursuant to FRCP Rule 32(a), including any witness who may be unavailable to testify at trial.[2]

---

[2] FRCP Rule 32 (a)(4): "A party may use for any purpose the deposition of a witness, whether or not a party, if the court finds: (B) that the witness is more than 100 miles from the place of hearing or trial or is outside the United States, unless it appears that the witness's absence was procured by the party offering the deposition."

In addition, pursuant to the Federal Rules of Evidence and Local Rule 16.1.f.6, Plaintiffs reserve the right to offer additional deposition testimony of any party at the time of trial.

## III. Rule 26(A)(3)(A)(iii): Identification of Exhibits[3]

A. Exhibits Plaintiffs Expect to Offer[4]

| Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Order and Conditions of Material Witness (Gerardo Cruz-Sanchez) Pretrial Release: BAIL (18 U.S.C. §§ 3142(c), 3144); *US v. Ortega-Gonzalez*, 16cr0405-BAS (CC-CS000017) |
| 2. | | | Declaration of Counsel in Support of Motion for Video Deposition of Material Witness(es); *US v. Ortega-Gonzalez*, 16cr0405-BAS (Exhibit 4 to Jonathan Frank's deposition) |
| 3. | | | Form CJA20 Re Gerardo Cruz-Sanchez and Alejandro Chavez-Lopez; *US v. Ortega-* |

[3] Plaintiffs reserve the right to modify and/or renumber their exhibit list based on the parties' stipulations regarding joint exhibits. Plaintiffs further incorporate by reference, as if fully set forth herein, all exhibits, documents, and other evidence provided throughout the discovery process. Plaintiffs further incorporate by reference, as if fully set forth herein, all exhibits, documents, and other evidence identified by Defendants in their Pretrial Disclosures.

[4] Copies of identified exhibits have been previously produced during discovery and will not be duplicated.

| | | | |
|---|---|---|---|
| | | | *Gonzalez*, 16cr0405-BAS (Exhibit 6A to Jonathan Frank's deposition) |
| 4. | | | Video recorded statement given by Gerardo Cruz-Sanchez in *US v. Ortega-Gonzalez*, 16cr0405-BAS (previously disclosed and produced by Plaintiffs on 12/11/2017) |
| 5. | | | Photos of Gerardo Cruz-Sanchez from San Diego Medical Examiner Records (CC-CS001325-001328) |
| 6. | | | OMDC Detainee Orientation Video utilized in February 2016 (CC-CS000148) |
| 7. | | | Roger Clark C.V. |
| 8. | | | Comprehensive Contract between United States and CCA (CoreCivic) (USA-D-000982-001029; Exhibit 1 to Defndants' MSJ, Doc. No. 107-2) |
| 9. | | | NCCHC Standards Re Correctional Health Care (2014) (USA-D-003715-003893) |
| 10. | | | PBNDS 2011 – Medical Care Standards Re Medical Care – Purpose & Scope (USA-D-003894-003934; Exhibit 12 to Chiara Rodriguez's deposition) |
| 11. | | | PBNDS 7.3 "Staff Training" (CC-CS000894-000898; Exhibit 3 to David McGinnis' deposition) |
| 12. | | | CoreCivic Code of Ethics (P0829-0865) |

| | | | |
|---|---|---|---|
| 13. | | | CCA/CoreCivic "Story Board" Re Medical & Psychiatric Referral Re Emergencies, Urgent Situations & Routine Sick Call (CC-CS000415-000424; Exhibit 4 to Defendant Landin's deposition; Exhibit 2 to Dr. Propst's deposition; Exhibit 5 to David McGinnis' deposition) |
| 14. | | | Radiology Report Re 2/8/2016 chest x-ray for Gerardo Cruz-Sanchez – negative TB (USA-D-001536) |
| 15. | | | Chest x-ray scan for Gerardo Cruz-Sanchez from MCCSD (USA-D-002285; Exhibit 7 to Dr. Propst's deposition) |
| 16. | | | BOP Health Services Intra-System Transfer form for Gerardo Cruz-Sanchez – negative TB results (USA-D-001152) |
| 17. | | | OMDC Detainee Handbook (English Version, August 2015) (CC-CS00069-000106) |
| 18. | | | "Sick Call" Process Posted Sign at OMDC (USA-D-002695) |
| 19. | | | Gerardo Cruz-Sanchez's IHSC Medical Consent form datd 2/11/2016 (USA-D-001151) |
| 20. | | | ICE Medical Records for Gerardo Cruz-Sanchez at OMDC (USA-D-001073-001095; Exhibit 6 to Dr. Propst's deposition) |

| | | | |
|---|---|---|---|
| 21. | | | Scripps Medical Records for Gerardo Cruz-Sanchez 2/26/2016-2/29/2016 (USA-D-001096-001150) |
| 22. | | | Screenshots of OMDC-IHSC – Patient Hub captured from electronic chart Re Gerardo Cruz-Sanchez (USA-D-004921-004950) |
| 23. | | | San Diego County Medical Examiner Records (CC-CS001288-001328; P060-P068; Exhibit 9 to Dr. Propst's deposition) |
| 24. | | | Mortality Review Fact Finder Report by Chiara Rodriguez (USA-D-003482-003485; Exhibit 6 to Dr. Lederman's 11/29/2017 deposition; Exhibit 9 to Chiara Rodriguez's deposition) |
| 25. | | | CDR Chiara Rodriguez's interview notes with PHS staff (USA-D-003514-003527; Exhibit 6 to Chiara Rodriguez's deposition) |
| 26. | | | Mortality Review dated 12/22/2016 – ICE Health Service Corps (USA-D-002747-002753; Exhibit 7 to Chiara Rodriguez's deposition) |
| 27. | | | A. Transcript of 12 audio files Re Alejandro Chavez-Lopez calls nos. 71, 69, 64, 61, 60, 58, 51, 40, 39, 27, 20, 11 and 2, translated by Silvia San Martin, certified by the Administrative Office of the United |

| | | | |
|---|---|---|---|
| | | | States for Spanish-English proceedings (P0593-0632)<br><br>B. Audio Recordings Re transcript of 12 audio files for Alejandro Chavez-Lopez call nos. 71, 69, 64, 61, 60, 58, 51, 40, 39, 27, 20, 11 and 2 (produced by CoreCivic) |
| 28. | | | CoreCivic Shift Rosters 2/11/2016-2/26/2016<br>(CC-CS00615-00713 [chronology by date])<br>(Attachment 3 to Exhibits 2 & 11 to Defendants' MSJ, Doc. No. 107-4) |
| 29. | | | Defendant Landin C.V.<br>(CC-CS000607-000610) |
| 30. | | | Defendant Landin CCA Employment Education & Training Records<br>(CC-CS000286-000309; Exhibit 4 to David McGinnis' deposition) |
| 31. | | | Defendant Landin 2008 PBNDS Review Checklist<br>(CC-CS000334; Exhibit 3 to Defendant Landin's deposition) |
| 32. | | | CoreCivic Command Structure & Communication Policy No. 1-16<br>(CC-CS000838-00843) |
| 33. | | | OMDC Organizational Flow Chart<br>(CC-CS000844) |
| 34. | | | CCA Housing Unit Policy CCA-PO-16<br>(CC-CS000782-000787) |

| | | | |
|---|---|---|---|
| 35. | | | CoreCivic Incident Reporting Policy 5-1 (CC-CS000719-000742) |
| 36. | | | CoreCivic Internal Investigations Policy 3-22 (CC-CS000845-000849) |
| 37. | | | Defendant Landin 5-1C Incident Statement dated 3/24/2017 (CC-CS000429; Exhibit 5 to Defendant Landin's deposition) |
| 38. | | | OMDC First Floor Facility Plan (CC-CS000426) |
| 39. | | | Defendant Landin Time Detail 2/11/2016-2/26/2016 (CC-CS000611-000613) |
| 40. | | | OMDC Inmate Information Sheet for Gerardo Cruz-Sanchez (CC-CS000149) |
| 41. | | | OMDC Housing History Report for Gerardo Cruz-Sanchez (CC-CS000150) |
| 42. | | | OMDC Questions at Booking for Gerardo Cruz-Sanchez (CC-CS000151) |
| 43. | | | OMDC J-Pod Logbook Pages 2/11/2016-2/26/2016 (CC-CS000191-000285; Exhibit 6 to Defendant Landin's deposition ) |
| 44. | | | OMDC Cell Housing History Report for J-Pod 106 (2/13/2016-2/26/2016) |

| | | | |
|---|---|---|---|
| | | | (CC-CS002026-002028) |
| 45. | | | OMDC Daily Visitation Log 2/22/2016 for Gerardo Cruz-Sanchez (CC-CS000153) |
| 46. | | | OMDC Official Visitor Log for 2/23/2016 (CC-CS000899) |
| 47. | | | OMDC Medical Logbook Page Re Gerardo Cruz-Sanchez Emergency on 2/26/2016 (CC-CS000573-000574) |
| 48. | | | OMDC Central Control Logbook Pages Re Gerardo Cruz-Sanchez Emergency on 2/26/2016 (CC-CS000575-000576; Exhibit 8 to Jeremy Nobleza's deposition) |
| 49. | | | OMDC Day/PM Shift Activity Report Email dated 2/26/2016 (CC-CS000577-000578; Exhibit 9 to Jeremy Nobleza's deposition) |
| 50. | | | Todd Wilcox, M.D. C.V. |
| 51. | | | County of San Diego Death Certification Re Gerardo Cruz-Sanchez (USA-D-000456-000457) |
| 52. | | | USMS Prisoner Death Report dated 3/1/2016 Re Gerardo Cruz-Sanchez (USA-D-0002737) |
| 53. | | | USM-129 Individual Custody/Detention Report Re Gerardro Cruz-Sanchez USA-D-000458-000460) |

| | | | |
|---|---|---|---|
| 54. | | | US-ICE MQMU Incident Report (USA-D-002315-002316; Exhibit 5 to Chiara Rodriguez's deposition) |
| 55. | | | USMS Prisoner Medical Request dated 3/4/2016 – Summary Re Gerardo Cruz-Sanchez (USA-D-002745-002746) |
| 56. | | | Medical Summary Regarding Gerardo Cruz-Sanchez email from Jay W. Simmon dated 3/1/2016 (USA-D-002754-002755) |
| 57. | | | Mortality Review 2nd Qtr – 2016 (USA-D-002780-002781) |
| 58. | | | US-ICE-LOP 8-10 Medical Emergency Response Plan (USA-D-02311-002314; Exhibit 3 to Dr. Propst's deposition) |
| 59. | | | Alejandro Chavez-Lopez's handwritten notes regarding Gerardo Cruz-Sanchez (Exhibit Z to Alejandro Chavez-Lopez's deposition) |
| 60. | | | A. Transcript of 2 audio files Re Jose Soto-Garcia call nos. 28 and 29 translated by Silvia San Martin, certified by the Administrative Office of the United States for Spanish-English proceedings (P0983-P0986)<br><br>B. Audio Recordings Re transcript of 2 audio files for Jose Soto-Garcia call nos. 28 and 29 (produced by CoreCivic) |

| | | | |
|---|---|---|---|
| 61. | | | Marriage Certificate for Gerardo Cruz-Sanchez and Paula Garcia Rivera (P091; Exhibit 2 to Plaintiff's deposition) |
| 62. | | | Photos of Gerardo Cruz-Sanchez and family (P092-P097) |
| 63. | | | Email from Gordan to Alley cc: C. Rodriguez Re Cruz-Sanchez, Gerardo #952092298 (USA-D-004381-004383; Exhibit 3 to Chiara Rodriguez's deposition) |
| 64. | | | Chiara Rodriguez emails Re Gerardo Cruz-Sanchez Mortality Review Investigation (USA-D-004297-004402) |
| 65. | | | ICE-IHSC Directive 03-07 Re Health Assessment (USA-D-003404-003413) |
| 66. | | | CoreCivic Financial Information and Annual Reports, including SEC Filings[5] Publicly available at: ir.corecivic.com/financial-information/annual-reports |

[5] *See* Cal. Civ. Code § 3295(a)(c).

B. Exhibits Plaintiffs May Offer if the Need Arises

| Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 67. | | | Settlement Agreement filed in the matter of *Woods et al. v. Morton et al*., Case No. 3:07-cv-01078-DMS-PCL (P071-P090) |
| 68. | | | Declaration of Gerardo Cruz Garcia Dated May 22, 2018 (Exhibit 14 to Plaintiffs' FRCP 26 Fourth Supplemental Disclosure) |
| 69. | | | CoreCivic's May 20, 2018 letter response to Human Rights Watch (P0979-P0982) |
| 70. | | | Human Rights Watch report: CODE RED The Fatal Consequences of Dangerously Substandard Medical Care in Immigration Detention (P0900-P0978) |
| 71. | | | Detainee Allies Report: Testimony from Migrants and Refugees in OMDC (P0987-P1008) |
| 72. | | | NCCHC Standards Re Correctional Health Care (2008) (P0633-P0803; Exhibit 11 to Chiara Rodriguez's deposition) |
| 73. | | | BOP MCCSD Detention File for Gerardo Cruz-Sanchez (USA-D-002286-002294; Exhibit 7 to Dr. Propst's deposition) |

| | | | |
|---|---|---|---|
| 74. | | | CDR Chiara Rodriguez's Mortality Review Investigation (USA-D-003506-03688; USA-D-004950-005052) |
| 75. | | | OMDC Detainee Handbook (Spanish Version, 2015) CC-CS000107-000147) |
| 76. | | | OMDC Inmate Approved Visitor List for Gerardo Cruz-Sanchez (CC-CS000152) |
| 77. | | | OTAY MESA DETENTION CENTER Acknowledgment of Inmate/Detainee Orientation signed by Gerardo Cruz-Sanchez on 2/11/2016 (CC-CS000168) |
| 78. | | | Defendant Landin Training Documents (On the Job Training) (CC-CS000310-000333) |
| 79. | | | Corrections Corporation of America, San Diego Correctional Facility Pre-Service Orientation Exam 1-B (08/2006) by Defendant Landin (CC-CS000398-000406) |
| 80. | | | CoreCivic Policy Title Index (CC-CS000431-000437) |
| 81. | | | CCA Inmate/Resident Grievance Procedures (No. 14-5) (CC-CS000438-000454) |
| 82. | | | Email dated 2/26/2016 Re ER run-AMR for Gerardo Cruz-Sanchez |

| | | | |
|---|---|---|---|
| | | | (CC-CS000600) |
| 83. | | | CoreCivic Maintenance of Training Records Policy 4-2 (CC-CS000714-000718) |
| 84. | | | CoreCivic Emergency Response Team (ERT) Policy 9-16 (CC-CS000766-000773) |
| 85. | | | CoreCivic Legal Rights of Inmates/Residens Policy 14-4 (CC-CS000774-000776) |
| 86. | | | CoreCivic Health Services Policy OMDC-PO-103 (CC-CS000804-000806) |
| 87. | | | CoreCivic Correctional Counselor Policy OMDC-PO-110 (CC-CS000807-000808) |
| 88. | | | CoreCivic Retention of Records Policy Policy 1-15 (CC-CS000809-000837) |
| 89. | | | CCA Staff Development and Training Policy 4-1 (CC-CS000850-000864; Exhibit 2 to David McGinnis' deposition) |
| 90. | | | CoreCivic Inmate/Resident Handbook Policy 14-1 (CC-CS000865-000872) |
| 91. | | | CoreCivic Post Shift Supervisor Policy CoreCivic PO-01 (CC-CS000873-000883) |

| | | | |
|---|---|---|---|
| 92. | | | CoreCivic Post Assistant Shift Supervisor Policy CoreCivic PO-02 (CC-CS000884-000893) |
| 93. | | | Scripps Mercy Hospital – Chula Vista Medical Records for Gerardo Cruz-Sanchez (CC-CS000902-001287 provided in response to Defendants' SDT) |
| 94. | | | Transcript of Gerardo Cruz-Sanchez material witness video statement by DayTranslations (CC-CS001904-001903) |
| 95. | | | David McGinnis Emails and Documents Re Staffing Issues (CC-CS002864-003201) |
| 96. | | | David McGinnis LinkedIn Profile (P0804-P0805; Exhibit 1 to David McGinnis' deposition) |
| 97. | | | David McGinnis ethics complaints (P0866-P0899) |
| 98. | | | Detainee Death Review – Igor Zyazin JICMS #201606226 (P0806-P0828) |
| 99. | | | Email from Danielle Leyva to LaLanya Ham Re 2/10/2016 and 2/22/2016 OMDC visits (USA-D-001543; Exhibit 3 to Danielle Leyva's deposition) |
| 100. | | | IHSC Sick Call Logs 2/11/2016-2/26/2016 (USA-D-002295-002310) |

| | | | |
|---|---|---|---|
| 101. | | | US-ICS-LOP8-01 Sick Call Process (USA-D-002692-002694) |
| 102. | | | Medical Literature: The Common Cold In Adults from www.uptodate.com (USA-D-003196-003207) |
| 103. | | | Tobe Propst, M.D. C.V. (USA-D-03208-003211) |
| 104. | | | November 2008 Interim RN Guidelines for Division of Immigration Health Services (USA-D-003212-003403) |
| 105. | | | Edith Lederman, M.D. C.V. (USA-D-003486-003505) |
| 106. | | | Emails re: CAPT. Deborah Schneider related to the Mortality Review and/or the Mortality Review Fact Finder Report (USA-D-004236-004296) |
| 107. | | | Emails re: CDR. Jay Simmons related to the Mortality Review and/or the Mortality Review Fact Finder Report (USA-D-004241-004242; 004249-004250; 004382-004383) |
| 108. | | | Emails re: CDR Chiara Rodriguez's Mortality Review investigation (USA-D-004297-004402) |
| 109. | | | Emails re: CAPT Luzviminda Peredeo-Berger, M.D. (USA-D-004403-004414) |

| | | | |
|---|---|---|---|
| 110. | | | Chiara Rodriguez C.V. (USA-D-003935-003041; Exhibit 2 to Chiara Rodriguez's deposition) |
| 111. | | | OMDC Audio File List for Alejandro Chavez-Lopez (CC-CS000603-000606) |
| 112. | | | Alejandro Chavez-Lopez transcribed Call No. 20 (by Defendant U.S.) USA-D-004366-004392) |
| 113. | | | Alejandro Chavez-Lopez transcribed Call No. 51 (by Defendant U.S.) USA-D-004393-004407) |
| 114. | | | Alejandro Chavez-Lopez transcribed Call No. 58 (by Defendant U.S.) USA-D-004408-004425) |
| 115. | | | Alejandro Chavez-Lopez transcribed Call No. 60 (by Defendant U.S.) USA-D-004431-004437) |
| 116. | | | Alejandro Chavez-Lopez transcribed Call No. 64 (by Defendant U.S.) USA-D-004438-004442) |
| 117. | | | Scripps Mercy Hospital – Chula Vista Medical Records Re Gerardo Cruz-Sanchez produced in response to Defendant United States' SDT (USA-D-004453-004827) |
| 118. | | | Otay Mesa Detention Center Day/PM Shift Activity Report 2/26/2016 (CC-CS000579) |

| | | | |
|---|---|---|---|
| 119. | | | DHS/ICE – OMDC PBNDS 1/26/2016 (USA-D-002317-002500; Exhibit 4 to Dr. Propst's deposition) |
| 120. | | | Electronic Health Record Re Gerardo Cruz-Sanchez (USA-D-002295-002310; Exhibit 5 to Dr. Propst's deposition) |
| 121. | | | POST Learning Domain #31, "Custody." |
| 122. | | | Timeline Re *Estate of Gerardo Cruz Sanchez et al. v. U.S. et al.*; Case No. 17cv569 AJB (NLS) |
| 123. | | | Videotaped Deposition Transcript of Alejandro Chavez-Lopez with Exhibits |
| 124. | | | Videotaped Deposition Transcript of Defendant Landin with Exhibits |
| 125. | | | Videotaped Deposition Transcript of Jeremy Nobleza with Exhibits |
| 126. | | | Videotaped Deposition Transcript of Tobe Propst, M.D. with Exhibits |
| 127. | | | Videotaped Deposition Transcript of Edith Lederman, M.D. with Exhibits |
| 128. | | | Videotaped Deposition Transcript of Jonathan Frank with Exhibits |
| 129. | | | Videotaped Deposition Transcript of Danielle Leyva with Exhibits |

| | | | |
|---|---|---|---|
| 130. | | | Videotaped Deposition Transcript of Chiara Rodriguez with Exhibits |
| 131. | | | Videotaped Deposition Transcript of Jeniffer Moreno with Exhibits |
| 132. | | | Videotaped Deposition Transcript of David McGinnis with Exhibits |
| 133. | | | Videotaped Deposition Transcript of Paula Garcia Rivera with Exhibits |
| 134. | | | Rebuttal Report of Joseph Marzouk, M.D. |
| 135. | | | Declaration of Joseph Marzouk, M.D. filed in support of Defendants' MSJ (Doc. No. 107-12) |
| 136. | | | Expert and Rebuttal Reports of Owen Murray, D.O. |
| 137. | | | Declaration of Owen Murray, D.O. filed in support of Defendants' MSJ (Doc. No. 107-6) |
| 138. | | | Defendant Landin's Responses to Plaintiffs' Special Interrogatories (Set One) |
| 139. | | | Defendant CoreCivic's Responses to Plaintiffs' Special Interrogatories (Set One) |
| 140. | | | Defendant CoreCivic's Responses to Plaintiffs' Special Interrogatories (Set Two) |
| 141. | | | Defendant CoreCivic's Responses to Plaintiffs' Special Interrogatories (Set Three) |

| | | | |
|---|---|---|---|
| 142. | | | Defendant CoreCivic's Responses to Plaintiffs' Requests for Admission (Set One) |
| 143. | | | Defendant United States' Responses to Plaintiffs' Special Interrogatories (Set One) |
| 144. | | | Defendant United States' Responses to Plaintiffs' Special Interrogatories (Set Two) |
| 145. | | | Defendant United States' Responses to Plaintiffs' Special Interrogatories (Set Three) |
| 146. | | | Defendant United States' Responses to Plaintiffs' Requests for Admission (Set One) |
| 147. | | | Defendant United States' Responses to Plaintiffs' Requests for Admission (Set Two) |
| 148. | | | All non-objectionable exhibits listed by Defendants. |
| 149-200. | | | RESERVED. |

Respectfully submitted,

Dated: June 17, 2021

By: *s/Timothy A. Scott*
*s/ Angela K. Zugman*
*s/ Nicolas O. Jimenez*
TIMOTHY A. SCOTT
ANGELA K. ZUGMAN
NICOLAS O. JIMENEZ
Attorneys for Plaintiffs